Appellant.— Judgment and order affirmed, with costs, upon the ground that the appellant has not been aggrieved by the evidence in respect to the offer of settlement by the defendant. We do not wish to let this case pass without expressing our opinion that the question should not have been asked to bring out the objectionable evidence, and we should not hesitate to reverse here if we could see how the defendant has been harmed. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Application of FRANK TUBIOLA to Be Let into Possession of Real Property.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

S. M. FLICKINGER COMPANY, INC., Respondent, v. LOWELL F. SEARL, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JOSEPH PERSICO and ADELINE ROSATO, as Administratrix, etc., of GUISEPPE ROSATO, Deceased, Appellants, v. HATTIE L. GUERNSEY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Taylor and Sawyer, JJ.

WILLIAM SIEKIRSKI, Respondent, v. PHILIP ARONOWITZ and Another, Appellants.— Motion to dismiss appeal denied, upon the ground that under rule 230 of the Rules of Civil Practice the appellants are not required to serve a proposed case and exceptions on appeal until thirty days after notice of entry of order on motion for new trial now pending undecided before the trial court. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

BATAVIA TIMES PUBLISHING COMPANY, Respondent, v. RICHARD A. HALL, Appellant.— Time of appellant for argument of appeal extended until the opening of January, 1928, term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHESTER GACZEWSKI, Appellant, v. EDGAR S. JENNINGS, as Agent and Warden of Auburn State Prison, Respondent.— Motion granted permitting appellant to present his appeal upon one original and six typewritten copies of the record on appeal, and six typewritten copies of his brief, at the opening of the January term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CITY OF OLEAN, Respondent, v. PENNSYLVANIA RAILROAD COMPANY and WESTERN NEW YORK AND PENNSYLVANIA RAILROAD COMPANY, Appellants.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONNER-HANNA COKE CORPORATION, Respondent, v. WILLIAM J. BURKE and Others, as Assessors of the City of Buffalo, Appellants.— Order affirmed, with costs upon the opinion of Wheeler, official referee. [Reported in 128 Misc. 195.] All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ALZAMON IRA LUCAS, Respondent.— Order affirmed. All concur, except Taylor, J., not voting. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ALZAMON IRA LUCAS,